**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

FLOYD S. SALSER, JR. &
ASSOCIATES, INC., etc.,

    Plaintiff,

vs.              Case No. 5:07-cv-402-Oc-32GRJ

MARK A. CHAMPAGNE, etc., et al.,

    Defendants.

## **ORDER**[1]

This case came before the Court on October 19, 2007 for a hearing on plaintiff's Motion for Preliminary Injunction (Doc. 2), the record of which is incorporated by reference. For the reasons stated on the record, the excerpted transcript of which has been filed as Doc. 22, it is hereby

**ORDERED**:

1. Plaintiff's Motion for Preliminary Injunction (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

2. No later than **October 29, 2007**, defendants shall file an agreed proposed confidentiality order or a motion for entry of a confidentiality order if the parties are unable to agree to the terms.

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

3. No later than **November 9, 2007** defendants shall file their response(s) to the plaintiff's complaint.

4. The Court will allow expedited discovery as stated on the record, including the taking of depositions of Messrs. Champagne, Pintok, Smith, Baker, Cherrington, and Salser, which, if taken, shall be concluded by **December 14, 2007**. The depositions of Messrs. Baker and Cherrington shall take place in Oklahoma.

5. The parties shall preserve evidence as stated on the record.

6. This case is hereby **SET** for a **TELEPHONE STATUS CONFERENCE** on **WEDNESDAY, DECEMBER 19, 2007 at 9:30 a.m.** Counsel for plaintiff shall initiate the conference call by contacting counsel for defendants and then calling the Court's polycom telephone line, (904) 549-1949, five minutes prior to the start of the hearing.[2]

7. The parties are relieved of other case management obligations pursuant to Local Rule 3.05 except that plaintiff's counsel shall initiate a conference with defendants' counsel in advance of the December 19, 2007 hearing to discuss possible scheduling deadlines. The undersigned's form of Case Management Report is attached for purposes of those discussions, but need not be filed by the parties until otherwise directed.

---

[2] The quality of the audioconnection on the Court's polycom system is compromised by the use of cell phones and speaker phones and counsel are therefore requested NOT to use such devices during the call.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of October, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies w/attached CMR:

The Honorable Gary R. Jones
United States Magistrate Judge

counsel of record